FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL E. LEMONS,<br><br>            Petitioner,<br><br>    vs.<br><br>ROBERT HOREL, WARDEN,<br><br>            Respondent. | CASE NO. CV 07-03538 ABC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 4/7/08

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE