FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL E. LEMONS,<br><br>               Petitioner,<br><br>     vs.<br><br>ROBERT HOREL, WARDEN,<br><br>               Respondent. | CASE NO. CV 07-03538 ABC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of DARNELL E. LEMONS for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 4/7/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE